JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DANCY, | CASE NO. 15-CV-2492-BRO (SK) |
|            Petitioner, | |
|     v. | JUDGMENT |
| DEBBIE ASUNCION, | |
|            Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

IT IS SO ORDERED.

DATED: September 14, 2016

HON. BEVERLY REID O'CONNELL
United States District Judge